IN THE SUPREME COURT OF TEXAS












IN THE SUPREME COURT OF TEXAS

 

════════════

No. 06-1040

════════════

 

Federal Insurance Co.,
Petitioner,

 

v.

 

Samsung Electronics America,

Samsung Telecommunications America, L.P. 

f/k/a Samsung
Telecommunications America, Inc., and 

Samsung Electronics Co., Ltd.,
Respondents

 

════════════════════════════════════════════════════

On Petition for Review from the

Court of Appeals for the Fifth District of Texas

════════════════════════════════════════════════════

 

 

             Justice
Hecht, joined by Justice Brister,
dissenting.

 

 

             For the reasons expressed today in my
dissenting opinion in Zurich American Ins. Co. v. Nokia, Inc., ___
S.W.3d ___ (Tex. 2008) (Hecht, J., dissenting), I respectfully dissent from the
Court’s opinion in this case.

 

                                                                                                                                         ___________________________________

                                                                                                                                    Nathan
L. Hecht

                                                                                                                                    Justice

Opinion issued: August 29, 2008